IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                Case No. 1:14cr1-MW/GRJ

SAMUEL J. CUSUMANO, JR.,

       Defendant.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court considered at sentencing hearing on February 22, 2016, the Magistrate Judge's Report and Recommendation, ECF No.97, and considered Plaintiff's *ore tenus* objections to the report and recommendation made at the sentencing hearing.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Defendant's oral objections at hearing, as this Court's opinion.  This Court calculates Defendant's guideline sentence under § 2B1.1(b)(1) of the U.S.S.G. based upon a loss attributable to Defendant in the sum of $8,165,996.40.  Further, Defendant is ORDERED to pay restitution to the SHCU investors identified in Government Exhibit No. 4 of the December 8, 2015, restitution hearing before The Hon. Gary R. Jones, in the total sum of $7,836,483.74, which sum represents the actual losses incurred by the SHCU

investors. These findings were made on the record at sentencing on February 22, 2016.

    **SO ORDERED on February 22, 2016.**

                                         <u>s/Mark E. Walker            </u>
                                         **United States District Judge**